Case No: Initial Filing   Inmate Name: Garcia
Date: 1/2/20   Inmate IDOC#: 124930
Document Title: Prisoner Complaint
Total Pages: 9   Inmate Initials Verifying Page Count: ___
Document(s) 1 of 1

VINCENT DANIEL GARCIA JR #124930
(full name/prisoner number)
IDAHO STATE CORRECTION CENTER
PO BOX 70010
BOISE, ID 83707
(complete mailing address)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

VINCENT DANIEL GARCIA JR,
(full name)
         Plaintiff,

v.

IDAHO STATE CORRECTION CENTER
WARDEN JAY CHRISTENSEN
SGT ADAM MILLER, G-BLOCK CORRECTION
OFFICERS, IDAHO DEPARTMENT OF CORRECTION
STATE OF IDAHO.
         Defendant(s).

(if you need additional space, use a blank page for a continuation page)

Case No.
(to be assigned by Court)

PRISONER COMPLAINT

Jury Trial Requested: ☑ Yes   ☐ No

A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
(check all that apply):
   ☑ 42 U.S.C. § 1983 (applies to state, county, or city defendants)
   ☐ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal government defendants only)
   ☐ Other federal statute (specify) _____; or diversity of citizenship.
   ☑ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

B. PLAINTIFF

My name is VINCENT GARCIA. I am a citizen of the State of IDAHO,

presently residing at IDAHO STATE CORRECTION CENTER- PO BOX 70010, BOSIE, ID 83707.

PRISONER COMPLAINT - p. 1_                                          (Rev. 10/24/2011)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __IDOC / ISCC-PRISON OFFICALS__, who was acting as __STATE OFFICALS / CORRECTION EMPLOYEES__
   *(defendant)*                                                                        *(job title, if a person; function, if an entity)*

   for the __IDOC, IDAHO STATE CORRECTION CENTER.__
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on __MAY 6TH 2019__, Defendant did
   *(dates)*
   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   COMMITED THE ACT OF NEGLEGENCE AND DELIBERATE INDIFFERENCE DURING 2:30PM SHIFT CHANGE I WAS WALKING A CLOSE COUSTODY MAXIMUM TIER G1 ON MY DAY ROOM "A WALK" WHEN I WAS KNOCKED OUT BY A STG GANG MEMBER ATTACKED WHILE UNCONSIOUS FOR MORE THEN 20 MINUTES MY FACE WAS BROKEN I WAS UNCONSIOUS OR IN A COMA FOR A MONTH IM BLIND, CANT WALK, BRAIN INJURY, HAVE SCREWS ON IN MY FACE, CEASURES, THIS ALL HAPPENED ON CAMERA THERE WERE AT LEAST 6-8 GAURDS ON MY UNIT AND WERE NEGELENT DID NOT COME IN TO SAVE AND PROTECT ME THIS WHOLE INTIRE TIME I WAS BEING ASSOULTED I HAVE INMATES WHO WATCHED AND WILL TESTIFY TO HOW LONG I WAS ASSULTED AND HOW LONG IT TOOK GAURDS TO COME FIND AND PROTECT ME. CAUSING SERIOUS INJURY

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   8TH AMENDMENT, DELIBERATE INDIFFERENCE, ~~NEGLEENCE~~, FAILUR TO PROTECT, NEGLIGENCE.

4. I allege that I suffered the following injury or damages as a result:
   OF IDOC / IDAHO STATE CORRECTION CENTER BEING NEGLEGENT, DILIBERTLY INDIFFERENT BRAIN INJURY, BLEEDING BRAIN, BROKEN ORBITAL BONE LEFT SIDE, BROKEN CHEEK BONE LEFT SIDE, BROKEN JAW 3 PLACES, EQUALIBRIAM OFF, BAIANCE OFF, CEASURES, BLINDNESS BOTH EYES, SUBARACHNOD. PRHALLORE.

5. I seek the following relief: MONEY DAMAGES, MEDICAL ~~HELP~~.

6. I am suing Defendant in his/her ☑ personal capacity *(money damages from Defendant personally)*, and/or ☑ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☑ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

C. DEFENDANTS AND CAUSE OF ACTION - PG2.

1. DEFENDANTS- WARDEN JAY CHRISTENSON, SGT ADAM MILLAR, G-BLOCK CORRECTION OFFICERS. 2ND AND 3RD SHIFT

2. DURING THIS ASSULT MY ATTACKER ASSULTED SO VIOLENTLY THAT MY BODY TURNED AND WENT 180° WHILE UNCONSIOUS HE GOT UP LEFT WALKED AWAY/AROUND CAME BACK ASSULTED ME MORE LEFT INMATES TOLD HIM TO ROLL ME OVER BECAUSE I WAS CHOKING ON MY BLOOD THEN HE WAS EVEN ABLE TO LEAVE AGAIN GO UP STAIRS TO SHOWER. WAS UNCONSIOUS THIS IS TESTAMONY OF GAURDS AND INMATES. I HAVE WITNESSES AND GAURDS WHO WILL TESTIFY. INMATE JESSE GRIST. LOGAN GLENN.

7. ~~PROSSES~~ I EXASTED GRIEVANCE ~~PROSSES~~ PRISON OFFICALS. CLAIM SPOT I WAS ATTACKED HAD LOW VISIBILITY. AND THAT INMATES KNOW THAT SHIFT CHANGE IS THE BEST TIME TO ATTACK ANOTHER INMATE. ~~WILL INCLUDE MY GRIEVANCE COPY~~ IN THE ~~RERE~~ REARE OF THE UNIT.

Pg. ____

### D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|-------|----------|-----------|----------------|---------|
| | | | | |
| | | | | |
| | | | | |

### E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☑ do not ☐ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

BECAUSE I AM INCARCERATED at ISCC, I HAVE NO INCOME FROM FAMILY OR EMPLOYMENT I CAN'T BARLEY FUNCTION FROM MY ASSULT NOW CURRENT SEVERE MEDICAL ISSUES IM BLIND, BRAIN INJURYED AND DAMAGE.

### F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on 1-2-2020 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on 1-2-2020 *(date)*; OR *(specify other method)* _____.

Executed at ISCC-PRISON on 1-2-2020.
(Location)                          (Date)

_____
Plaintiff's Original Signature

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach **original** exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*