Craig D. Stacey (ISBN #7996)
MOORE ELIA KRAFT & HALL LLP
702 W. Idaho St., Suite 800
Boise, ID 83702
Post Office Box 6756
Boise, Idaho 83707-7426
Telephone:     (208) 336-6900
Facsimile:      (208) 336-7031
E-Mail:  craig@melawfirm.net

Attorneys for Defendant Adam Miller

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **VINCENT DANIEL GARCIA**, <br><br> Plaintiff, <br><br> vs. <br><br> **IDAHO STATE CORRECTIONAL CENTER, G-BLOCK CORRECTION OFFICERS, IDAHO DEPRTMENT OF CORRECTION, STATE OF IDAHO, JAY CHRISTENSEN, and ADAM MILLER**, <br><br> Defendants. | Docket No. 1:20-cv-00001-BLW <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

TO:    THE CLERK OF THE ABOVE-ENTITLED COURT, and THE ABOVE-ENTITLED PLAINTIFF:

PLEASE TAKE NOTICE THAT the undersigneds hereby stipulate and agree that Craig D. Stacey, of the firm Moore Elia Kraft & Hall LLP, 702 W. Idaho St., Suite 800, P.O. Box 6756 Boise, Idaho, 83707, will hereinafter represent Defendant Adam Miller in the above-entitled matter, and that Yvonne A. Dunbar, previous counsel for said Defendant, is hereby withdrawn.

NOTICE OF SUBSTITUTION OF COUNSEL - 1

The Clerk of the Court is hereby requested to make such entries as may be required to record such substitution, and to direct the inclusion of said counsel on all appropriate mailing lists.

DATED this 10th day of August, 2020.

                                MOORE ELIA KRAFT & HALL LLP

                                By /s/ Craig D. Stacey
                                   Craig D. Stacey, Of the Firm
                                   Attorneys for Defendant Adam Miller

DATED this 10th day of August, 2020.

                                By /s/ Yvonne A. Dunbar
                                   Yvonne A. Dunbar

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August, 2020, I filed the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** electronically through the CM/ECF system, and delivered a true and correct copy to the following party, addressed as follows:

| | | |
|---|---|---|
| Vincent Daniel Garcia | ☒ | U.S. Mail, postage prepaid |
| #124930 | ☐ | Hand-Delivered |
| ISCC | ☐ | Overnight Mail |
| P. O. Box 70010 | ☐ | Facsimile |
| Boise, Idaho 83707 | ☐ | E-Mail |
| *Plaintiff pro se* | ☐ | CM/ECF System |

            /s/ Craig D. Stacey
            Craig D. Stacey