Case No: 1:20-CV-0001-BLW   Inmate Name: Garcia, Vincent
Date: 9/8/20   Inmate IDOC#: 124930
Vincent Daniel Garcia   Document Title: Motion for leave
Full Name/Prisoner Name
Total Pages: 2   Inmate Initials Verifying Page Count: ___
I.S.C.C., D-1-21A
Post Office Box 70010   Document(s) 1 of 2
Boise, Idaho   83707
Complete Mailing Address

U.S. COURTS
SEP 11 2020
Rcvd___ Filed___ Time___
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Plaintiff/Defendant
(circle one)

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

Vincent Daniel Garcia )
Plaintiff/Petitioner, )
Full name(s) )   CASE NO. 1:20-CV-20-00001-BLW
 )
vs. )
 )   Motion For Leave To File
 )   Amended Complaint On
Adma Miller, Sergeant; )   Court Approved And Provided
 )   Forms. (Watson Forms).
Jay Christensen, Warden; et,al,. )
Defendant/Respondent(s), )
Full name(s). Do not use et. al. )
 )

COMES NOW, Vincent Garcia (Plaintiff)/Defendant (circle one) in the above entitled

Previously, this Court entered an Order which directed that the Plaintiff file, within 90 days, an Amended Complaint, using the Court approved and provided forms.

Attached heretofore, and filed herein is the Amended Complaint.

motion for Leave -1

-pg. 1

Revised 3/24/16

Preparing the Amended Complaint was difficult as the Defendant(s) have not provided any type of initial disclosures, or discovery.

Also, in complying with the Order of this Court, the Plaintiff did not seek out, or have inmate Carr assist him in this case. The Plaintiff did seek out the assistance of another inmate, and it appears to have benefited the Plaintiff and helped this case.

Respectfully submitted this 4th day of SEPTEMBER, 2020.

Plaintiff/Defendant (circle one)

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the ____ day of _____, 20____, I mailed a true and correct copy of the _____ via prison mail system for processing to the U.S. mail system to:

ELECTRONICALLY FILED

Plaintiff/Defendant (circle one)

Motion for Leave -pg. 2

Revised 3/24/16