U.S. COURTS

SEP 11 2020

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Proof of

Exhaustion

Exhibit A

Hello

My Name is Logan Glenn IDOC #119012 and I was Housed in G-1 25A on May 6th 2019. iT was around 2:00 - 2:30 and I watched Inmate Garcia Get assulted for about a minute and a Half. He was Laying in the middle/back of the unit bleeding out for anywhere from 15 - 20 minuts. During that time The C.O.'s were Yelling over the loud Speaker for People To "GeT off The ToP tier" "Shirts on in the day room" "Behind the red Line". That whole time Garcia was bleeding out and they Neglected to Help him or Watch the cameras. What they did was being Negligent for watching the whole day room Instead of worring about shirts on In the day room and Getting off The ToP tier.

Logan Glenn #119012

Logan [signature]

## IDAHO DEPARTMENT OF CORRECTION
### Inmate Concern Form

Inmate Name: Vincent Garcia  
IDOC Number: 124930  
Institution, Housing Unit, & Cell: ISCC - D2 - 11A  
Date: 9-1-19  
To: C.O. Young (G-Block)  
(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: It is my understanding that you were on shift while I was attacked on G1 CU. Can you explain to me/us why no officer saw my assault + nobody noticed me after the assault laying there bleeding. Can you please tell me know how long it was before I was noticed unconscious in G1? My concern is that you and no other officer noticed what was going on + failed to protect me.

(Description of the issue must be written only on the lines provided above.)

Inmate signature: [signature]

**Staff Section**

(Signature of Staff Member Acknowledging Receipt) / Associate ID#  
Collected/Received: _____  
(Date collected or received)

Reply: _____

Responding Staff Signature: _____ Associate ID #: _____ Date: _____

Pink copy to inmate (after receiving staff's signature),  
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

**This is an exact model and must be produced on three (3)-part NCR paper.**

---

## IDAHO DEPARTMENT OF CORRECTION
### Inmate Concern Form

Inmate Name: Vincent Garcia  
IDOC Number: 124930  
Institution, Housing Unit, & Cell: ISCC - D2 - 11 - A  
Date: 8/28/19  
To: C/O Burris  
(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: It is my understanding you were working the day I was attacked on G-1. Could you explain to me why no one saw me getting beat up or not even noticed me on the floor bleeding. My concern is an officer saw what was going on + I was beat for approx. 10 minutes + nobody noticed my I.P. not found until 45 minutes later. Thank You.

(Description of the issue must be written only on the lines provided above.)

Inmate signature: [signature]

**Staff Section**

(Signature of Staff Member Acknowledging Receipt) / Associate ID#  
Collected/Received: 9-3-19  
(Date collected or received)

Reply: _____

Responding Staff Signature: _____ Associate ID #: _____ Date: _____

Pink copy to inmate (after receiving staff's signature),  
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

**This is an exact model and must be produced on three (3)-part NCR paper.**

D1-21A

# IDAHO DEPARTMENT OF CORRECTION
## Inmate Concern Form

Inmate Name: VINCENT GARCIA  
IDOC Number: 124930  
Institution, Housing Unit, & Cell: ISCC, D1, 21A  
Date: 5-20-20  
To: CPL: ~~FRASS~~ Frahs  
(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: I LIVE IN CLOSE CUSTODY. WHY DOES POLICY SAY YOUR STAFF ARE TO ONLY DO ONE TIER CHECK PER HOUR? TO ME THAT DOSNT SOUND LIKE A SAFE POLICY

(Description of the issue must be written only on the lines provided above.)

Inmate signature: [signature]

### Staff Section

(Signature of Staff Member Acknowledging Receipt) / Associate ID#: BW / ID544  
Collected/Received: 5-20-20

Reply: Per policy checks must be done no later than one hour apart.

Responding Staff Signature: Benjamin Frahs   Associate ID #: B285   Date: 5/24/2020

Pink copy to inmate (after receiving staff's signature),  
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

This is an exact model and must be produced on three (3)-part NCR paper.

---

Exhibit-0001 pg 1 of 3

D2-11A

# IDAHO DEPARTMENT OF CORRECTION
## Inmate Concern Form

Inmate Name: Vincent Garcia  
IDOC Number: 124930  
Institution, Housing Unit, & Cell: ISCC - D2-11-B  
Date: 7-25-19  
To: Warden Christensen  
(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: Around May 10th in the afternoon at 2:30pm shift change I was walking around Tier G-1 and was attacked by a serious inmate. The attack was unprovoked and unprovoked. My injuries were as follows: Orbital bone above left eye broken, Upper nose broken, Lower jaw broken in 3 places. Due to these injuries I have to walk with a walker at wheel chair for long distances. My orbital bone is screwed back into place, limited movement to lower jaw. These are the injuries I endured over the 10-20 minute beating I suffered. Where was staff and what were they doing to not see this over the time that this happened. I am open to discuss with you any internal Remedies to compensate for staffs neglect.

(Description of the issue must be written only on the lines provided above.)

Inmate signature: [signature]

### Staff Section

(Signature of Staff Member Acknowledging Receipt) / Associate ID#: [signature] 10630  
Collected/Received: 7-25-19

Reply: Shift Change - Tier check was completed in a timely manner

Responding Staff Signature: [signature]   Associate ID #: 9163   Date: 7/26/19

Pink copy to inmate (after receiving staff's signature),  
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

This is an exact model and must be produced on three (3)-part NCR paper.



# Idaho Department of Correction
## Initial Classification Score Sheet

Offender Name: GARCIA, VINCENT DANIEL  
Offender Number: 124930  
Facility: ISCI UNIT 15  
Previous Custody Level: Initial

| Section I Sentence, Criminal History, Age | Possible | Severity | Score |
|---|---|---|---|
| **Category 1: Severity of Current Offense** | | HIGH | 9 |
| [X] High Severity | 9 | | |
| [ ] Low Severity | 1 | | |
| **Category 2: Escape History** | | | 0 |
| [ ] Felony conviction for escape or attempted escape from adult secure facility (scored 10 years) | 10 | | |
| [ ] Felony escape or attempted escape from adult secure facility without a criminal conviction (scored 10 years) | 7 | | |
| [ ] Felony escape/walkaway or attempted escape/walkaway from an adult non-secure facility (scored 5 years) | 4 | | |
| [X] None | 0 | | |
| **Category 3: Severity of Prior Felony Convictions** | | LOW | 0 |
| [ ] High Severity | 5 | | |
| [ ] Low Severity | 1 | | |
| [X] No Prior Felony Convictions | 0 | | |
| **Category 4: Current Age** | | | 3 |
| [X] < 23  Date of Birth 06/14/1996 | 3 | | |
| [ ] 24 - 31 | 2 | | |
| [ ] 32 - 38 | 1 | | |
| [ ] 39 - 50  Current Age 22 | 0 | | |
| [ ] ≥ 51 | -1 | | |

| Section II Institutional Behavior | | | |
|---|---|---|---|
| [ ] Class A DOR with Level 1 enhancement in the last 5 years. | 25 | | 7 |
| [ ] Class A DOR with Level 2 enhancement in the last 3 years. | 23 | | |
| [ ] Class A DOR without an enhancement in the last 12 months. | 20 | | |
| [X] Class B DOR in the last 12 months. | 7 | | |
| [ ] No Class A or B DOR in the last 12 months. | 0 | | |

**Section III Release Proximity** (This section is not used for Initial Classification scoring.)

| Parole Eligible | Next Hearing | Tentative Parole | Full Term Release |
|---|---|---|---|
| 08/20/2020 | Mar 2020 | | 08/19/2024 |

| Section IV Scoring | | Score | Level |
|---|---|---|---|
| Basic Scoring | Scored Level | 19 | CLOSE |
| Mandatory Overrides | | | |
| [ ] Life Sentence and no Tentative Parole Date within 3 years. | | | |
| [ ] 20 or more years until FTRD with no TPD within 5 years OR no PED, PHD, TPD, and Detainer, Pending Felony Charges, or ICE Requests. | Adjusted Level | | CLOSE |

**Section V Discretionary Overrides**

[ ] Needs to be managed at a higher custody  Comments:  
[ ] Can be managed at a lower custody level

**Section VI Custody Level**

| Prepared By: | Rice, Michael J 2766 | 11/26/2018 | Recommended | CLOSE |
|---|---|---|---|---|
| Reviewed By: | Rice, Michael J 2766 | 11/26/2018 | | |
| Review Comment: | | | | |
| Facility Head Review: | | | | |
| Facility Head Comment: | | | | |
| Managment Review: | | | | |
| Manager Comment: | | | | |
| Served By: | Rice, Michael J 2766 | 11/26/2018 | Assigned Level | CLOSE |

# IDAHO DEPARTMENT OF CORRECTION
## Inmate Concern Form

**Inmate Name:** Vincent Genesis
**IDOC Number:** 124930
**Institution, Housing Unit, & Cell:** ISCC-D2-11-A
**Date:** 7-25-19

**To:** Medical Chairperson
(Address to appropriate staff Person must directly responsible for this issue or concern)

**Issue/Concern:** Received Meds 10th in the afternoon at 2:30pm still chewing. I was waiting around The C-1 nurse to tell M a few inmates. The officer was very patient but he called the nurse to let me know. Medicines were reluctant. Only the nurse chose to cut out Benhad close she is Rose Laws. Tara Rade re Darion. Due to the circumstance I have to wait with an instantia when this is go not and cause my usual Roofs IV occured but held until let considered to teach my. There are 2 cod that insurers TV related on an the ID-10 mode letters not to address these issues for Gay with alot when the pre-printed a sea that over the door that the proceed. I am going to discuss with you to extent seen strikes reglect

**Inmate signature:** [signature] Remedies to compensate for strikes neglect.

(Description of the issue must be written only on the lines provided above.)

## Staff Section

**(Signature of Staff Member Acknowledging Receipt) / Associate ID #:** [signature] 10030
**Collected/Received:** 7-25-19
(Date collected or received)

**Reply:** Shift Change — This block was twenty minutes late.

**Responding Staff Signature:** [signature] **Associate ID #:** 4165 **Date:** 7/26/19

Pink copy to inmate (after receiving staff's signature).
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

**This is an exact model and must be produced on three (3)-part NCR paper.**

D2-11A

Exhibit - 0001 29 2 of 5

# Idaho Department of Correction
# Grievance Form

| | | | |
|---|---|---|---|
| Offender Name: | GARCIA, VINCENT DANIEL JR | Location: | ICC |
| Offender Number: | 124930 | Number: | IC 190001067 |
| | | Category: | SECURITY |

### Offender Grievance Information

Date Received: 08/14/2019

The problem is:

The issue is not weather a security check was done on time upon shift change. The issue is why staff was not efficiently moitoring the political tiers on this political unit (G) knowing that political member will attack their own as easily as a rival political member. the issue is why in a closed custody unit I was beaten unconscious and continuously beaten while unconscious cannoticed by staff for up to 20-40 minutes. Time of incident told to victims mother Via Warden Christensen. Officers notice ie: inmates on top tiers, no shirts on, hats on indoors but did not see this for the time mentioned in the aforementioned?

I have tried to solve this problem informally by:

Kiting Warden Christensen who confirmed Staff did their "Tier check in a timely member" however disregarded the issue as to the fight and the amount of time it wasted & the injures I sustained.

I suggest the following solution for the problem:

To resolve this by staff improving on how they carry out their duties for monitoring political close custody units. And to discuss a monetary settlement for my pain & suffering

### Level 1 - Initial Response

| | | | |
|---|---|---|---|
| Date Forwarded: | 08/14/2019 | Date Returned: | 08/23/2019 |
| Date Due Back: | 08/28/2019 | Level 1 Responder: | MILLER, ADAM D |

The response from the staff member or person in charge of the area/operation being grieved:

Staff followed Policies and Unit Post Orders regarding inmate management of Closed Custody Offenders. Tiers are to have at least one random check per hour, two were conducted. Tiers are to be monitored under indirect observations by Control staff and staff monitoring cameras. Staff did what was expected of them during this incident. The unfortunate way of how the fight started and where it happened limited staffs visibility and did not attract attention.

### Level 2 - Reviewing Authority Response

| | | | |
|---|---|---|---|
| Date Forwarded: | 09/10/2019 | Grievance Disposition: | DENIED |
| Date Due Back: | 09/26/2019 | Level 2 Responder: | MARTINEZ, |
| Date Returned: | 09/13/2019 | Response sent to offender: | 09/13/2019 |

Your grievence has been reviewed and I find:

Your Grievance is denied.

As stated in Level 1 response staff followed SOP and their Post Orders. Staff started their shift at 1430 and discovered you at proximality 1445 and activated emergency protocols immediately after discovering you. Staff are required to do a safety and security check within an hour of assuming their post. That means that the staff arrived on shift, received a briefing (required by policy), dawned required equipment (required by policy) and still went on to your tier 45 minutes sooner then what was required of them.

Staff went above and beyond, exceeding the requirements that are required of them to provide proper care and attention to the G block Close Custody unit and population. Staff just completed shift change and were indeed monitoring all units as efficiently as possible with out compromising other areas of safety and security.

### Offender Appeal

Offender Comments:

The medical, psychological and grievance process evidence clearly shows that Warden Christensen and his staff knowing displaed Deliberate indifference and reckless disregard for my safety. Also being awre of facts via previous and many ivestigations of thousand of gang attacks in this facilty, which inferences could and should have been drawn showing substainal risk of serous harm existed from gangs. Also it was and is your Statutory Duty to protect me while I'm in your care and custody and to be accountable when you fail to protect. So are you going to act professional and compensate for my life long injuries that your mismanagement caused or not? My medical diogooses say my injures are going to be long term if not life long

### Level 3 - Appellate Authority Response

| | | | |
|---|---|---|---|
| Date Appealed: | 09/24/2019 | Grievance Disposition: | MODIFIED |
| Date Forwarded: | 09/24/2019 | Level 3 Responder: | CHRISTENSEN, JAY |
| Date Due Back: | 10/10/2019 | Response sent to offender: | 09/27/2019 |
| Date Returned: | 09/25/2019 | | |

Your appeal has been reviewed and I find:

If by political you mean STG related, all tiers in ISCC have STG related offenders. We follow policy by completing timely regular tier checks. In your particular case your STG affiliate timed the assault and planned it in a specific area that reduced the possibility of being seen in the rear of the unit, behind a pillar and obscured by the tables once you were on the ground. Even after all of that the staff member still located you within minutes of his sign on time and tier checks exceeded policy requirements on that day. Just as in your own words,
"knowing that political member will attack their own as easily as a rival political member" involved yourself with an STG aware they would likely assault. When they did, staff located you and possibly saved your life as well as locating the offender that assaulted you, isolating him from the population, holding him accountable and referring for prosecution. I this case I find that staff followed and exceeded policy.

Exhibit - 0002

# NOTICE OF CLAIM

In compliance with Title 6, Chapter 9 of the Idaho Code*, the undersigned hereby presents a claim arising out of an accident or occurrence which happened as follows against the following governmental entity: **(CHOOSE ONE)**

[✓] State of Idaho
PO Box 83720
Boise, ID 83720-0080
(208) 332-2814

[ ] County / Clerk

Place or Location: **IDAHO STATE CORRECTIONAL CENTER**

Date and Time of Occurrence: **MAY 6TH - MAY 9TH, 2:30 PM**

Cause of Damages: (Describe the details and circumstances of the accident or occurrence)
**I WAS ATTACKED BY A GANG MEMBER ON G1, I WAS SEVERLY BEATEN UNNOTICED BY STAFF FOR 20-40 MINUETS ON A CLOSE CUSTODY MAXIMUM UNIT IN DAY ROOM WITH 3 CAMERAS, IN A SPOT THEY SAID HAD LOW VISIBILITY DURING SHIFT CHANGE WITH VIOLENT ASSULTIVE INMATES SUSTAINED AND SUFFERED SIGNIFFICANT INJURIES DUE TO ISCC STAFF BEING NEGLIGENT**

Witnesses: (Name, Address and Phone Number) **CORRECTION OFFICERS 2nd SHIFT INTO 3rd SHIFT ISCC PRISON, G BLOCK OFFICERS, OFFENDER LOGAN GLENN INOCH 119012, ISCC PRISON PO BOX 70010 BOISE ID 83637**

Amount of Claim: $ **8,000,000** (Attach all bills or substantiating information as to the amount of the claim)

Personal Injury: (Please describe the extent of your injury, your attending physician, place of treatment, etc.) **BROKEN ORBITAL BONE LEFT EYE, UPPER CHEEK BONE LEFT SIDE, LEFT SIDE LOWER JAW BONE BROKEN 3 PLACES, BLIND LEFT EYE, BRAIN INJURY BEHIND RIGHT EYE BLINDNESS, BLEEDING IN BRAIN, HOSPITAL SAINT ALPHONSIS, TREASURE VALLEY FACE SURGEN, MAPLE GROVE EYE CLINIC, SAINT LUKES, CORIZON MEDICAL FOR PRISON, CANT BALANCE OR WALK CORRECTLY**

Property Damage: (Describe the property damage) _____

DATED this **28** day of **OCTOBER**, 20**19**.

Name of Claimant: **VINCENT GARCIA**
Street Address: **14601 S PLEASANT VALLEY RD**
City and State: **KUNA, ID 83634**

*Claims must be filed within 180 days of the date the claim arose or should have been reasonably discovered.

NOTICE OF CLAIM - 1

Revised: 6/22/12

# IDAHO DEPARTMENT OF CORRECTION
## Grievance/Appeal Form

☒ **Grievance**

Offender's Name: Vincent Grecia          IDOC Number: 124930

Institution, Housing Unit, & Cell: ISCC-D2-11-A          Date: 7-20-19

### For Administrative Use

Facility: _____          Grievance Number: _____
Date Collected: _____          Grievance Category: _____

Date Forwarded to Offender's Previous Facility: _____
Name of Previous Facility: _____
Date Forwarded to Responder: _____

Level 1 Responder's Name: _____   Date Due: _____   Received: _____
Level 2 Responder's Name: _____   Date Due: _____   Received: _____
Final Grievance Decision: _____    Date Sent to Offender: _____

### Offender Section

**The problem is:** The issue is not weather a security check was done on time upon shift change. The issue is why Staff was not efficiently monitoring the political tiers on this political unit (G) knowing that political members will attack their owns as easily as a rival political member. The issue is why in a closed custody unit I was beaten unconcious and continuously beaten while unconcious unnoticed by Staff for up to 20-40 minutes. Time of incident told to victems mother via Warden Christensen. Officers Notice ie: inmates on top tiers, no shirts on, hats on indoors but did not see this for the time mentioned in the aforementioned?

**I have tried to solve this problem informally by:** kiting Warden Christensen who confirmed Staff did their "Tier Check in a timely manner" however disregarded the issue as to the fight and the amount of time it lasted & the injuries I sustained.

**I suggest the following solution for the problem:** To resolve this by staff improving on how they carry out their duties for monitoring political close custody units. And to discuss a monitary settlement for my pain & suffering.

Offender's signature: _[signed]_

☒ **Appeal**   Date: 8-5-19

**I am appealing the grievance for the following reason(s):**
After being hospitalized for 30-days my injuries were still serious enough to keep me down in the medical anex for another 30-days. I was still mentally disconbobulated from the lengthy & serious beating I received. Since I was returned to ISCC I was on T+4's and opiod and melatonen both cause drowsyness & sleepiness. I also had no knowlege of how to research my institutional remedies or no one to assist me. I did kite the paralegal but never received a response. I think that the aforemention should grant me some tolling consideration in this matter. I suffered brain damage and still am having affects from that today.

Offender's signature: _[signed]_

Appendix B
216.02.01.001


D2.11A

# IDAHO DEPARTMENT OF CORRECTION
## Grievance Transmittal Form

Facility: **ISCC**  Date: **8/6/19**

To: Offender Name: **Garcia**  IDOC Number: **124930**
Institution, Housing Unit, & Cell: **D2-11A**

From: **Sessions**  ☒ Grievance Coordinator ☐ Other

The attached form is being returned without action being taken because:

☐ You did not submit the grievance within 30 days of the incident.

☐ You did not submit the appeal within 14 days of the review authority's decision.

☐ The form is not handwritten (it cannot be typed).

☐ The form is not legible.

☐ You did not include with the grievance an answered or signed *Offender Concern Form(s)* that shows your attempts to resolve the issue informally with applicable staff.

☐ You have three (3) open/active grievances (including appeals) in the system, which is the maximum number you are allowed.

☐ You have raised more than one specific issue.

☐ The grievance does not contain a reasonable and clear description of the problem.

☐ The grievance does not describe how you tried to resolve the issue informally.

☐ The grievance does not contain specific information such as dates, places, and names.

☐ Your description of the problem is not written in or within the appropriate area on the form. (Written comments must not exceed the space designated for writing comments.)

☐ The grievance is not written in a civil, concise, or understandable language; or it is not to the point. (Grievances cannot contain vague issues/complaints, personal attacks, or harass staff members.)

☐ You did not suggest a solution.

☐ You did not sign the form.

☒ You cannot submit your appeal until the grievance decision is rendered.

☐ The issue was previously grieved under grievance number: _____

☐ The issue/complaint is not grievable as indicated in standard operating procedure 316.02.01.001, *Grievance and Informal Resolution Procedures for Offenders*, and must be addressed as follows: ____

☐ You cannot grieve the length of your sentence or a decision that is under the jurisdiction of the court or Idaho Commission of Pardons and Parole.

☐ This problem is beyond the Idaho Department of Correction's (IDOC's) control.

☒ Other (must be approved by the review or appellate authority): **You arrived back to ISCC on 6/8/19. You submitted a grievance on 7/30/19. This is past 30 days that you could have submitted a grievance**

Appendix D
316.02.01.001

D2 11 A

# IDAHO DEPARTMENT OF CORRECTION
## Grievance Transmittal Form

Facility: **ISCC**   Date: **8/2/19**

To: Offender Name: **Cannon**   IDOC Number: **124930**

Institution, Housing Unit, & Cell: **D2 .114**

From: **Sessions**   ☒ Grievance Coordinator ☐ Other

The attached form is being returned without action being taken because:

☐ You did not submit the grievance within 30 days of the incident.

☐ You did not submit the appeal within 14 days of the review authority's decision.

☐ The form is not handwritten (it cannot be typed).

☐ The form is not legible.

☐ You did not include with the grievance an answered or signed *Offender Concern Form(s)* that shows your attempts to resolve the issue informally with applicable staff.

☐ You have three (3) open/active grievances (including appeals) in the system, which is the maximum number you are allowed.

☐ You have raised more than one specific issue.

☐ The grievance does not contain a reasonable and clear description of the problem.

☐ The grievance does not describe how you tried to resolve the issue informally.

☐ The grievance does not contain specific information such as dates, places, and names.

☐ Your description of the problem is not written in or within the appropriate area on the form. (Written comments must not exceed the space designated for writing comments.)

☐ The grievance is not written in a civil, concise, or understandable language; or it is not to the point. (Grievances cannot contain vague issues/complaints, personal attacks, or harass staff members.)

☐ You did not suggest a solution.

☐ You did not sign the form.

☐ You cannot submit your appeal until the grievance decision is rendered.

☐ The issue was previously grieved under grievance number: _____.

☐ The issue/complaint is not grievable as indicated in standard operating procedure 316.02.01.001, *Grievance and Informal Resolution Procedures for Offenders*, and must be addressed as follows: ____

☐ You cannot grieve the length of your sentence or a decision that is under the jurisdiction of the court or Idaho Commission of Pardons and Parole.

☐ This problem is beyond the Idaho Department of Correction's (IDOC's) control.

☐ Other (must be approved by the review or appellate authority): **You arrived back to ISCC on 6/8/19. You submitted a grievance on 7/30/19. This is past 30 days that you could have submitted a grievance.**

Appendix D
316.02.01.001